**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01135-BNB

IRA VINCENT MINER,

      Applicant,

v.

[NO NAMED RESPONDENTS],

      Respondents.

_____

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

_____

      Applicant, Ira Vincent Miner, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the correctional facility in

Sterling, Colorado.  He has submitted *pro se* a letter.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted letter is

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue any claims in this court in this action.  Any papers that Applicant files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)   <u>X</u>   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
              habeas application
(9)   <u>X</u>   other:  <u>The § 1915 motion and affidavit and certificate showing prison</u>

account balance are necessary only if the $5.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:

(10) __X__ is not submitted
(11) ____ is not on proper form
(12) ____ is missing an original signature by the prisoner
(13) ____ is missing page nos. ___
(14) ____ uses et al. instead of listing all parties in caption
(15) ____ names in caption do not match names in text
(16) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) ____ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED April 30, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland_____
United States Magistrate Judge